United States District Court
Southern District of Texas
**ENTERED**
November 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEWEY EDWARDS, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-2255 |
| DOORDASH, INC., | § § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM & RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 18, 2017, and Plaintiff's objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this _16th_ day of November, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE